AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Schiltz, Patrick J | U.S. District Court, Minnesota | 05/01/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2006<br>to<br>12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Warren E. Burger Federal Bldg.<br>316 N. Robert St. - Ste. 778<br>Saint Paul, MN 55101 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. St. Thomas More Chair in Law (prior to taking office on 05/30/06) | University of St. Thomas School of Law (prior to taking office on 05/30/06) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY -7 A 10: 10 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | University of St. Thomas School of Law (salary prior to taking office on 05/30/06) | $ 110,636.55 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | University of St. Thomas School of Law (salary and summer research stipend) |
| 2. 2006 | West Publishing (payment for work on casebook supplement) |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schiltz, Patrick J | 05/01/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | University of St. Thomas School of Law (former employer) | Hosted my investiture and paid for reception following investiture | $ 10,991.53 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schiltz, Patrick J | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK ACCOUNTS | | | | | | | | | |
| 2. -- Wells Fargo Bank Accounts | B | Interest | M | T | | | | | |
| 3. -- U.S. Senate Federal Credit Union Accounts | A | Interest | | | Closed | 05/15 | | | |
| 4. -- Vanguard Prime Money Market Fund | A | Int./Div. | J | T | Opened | 01/24 | | | |
| 5. FAEGRE & BENSON RETIREMENT ACCOUNT #1 | | | | | | | | | |
| 6. -- Wells Fargo Adv Index Fund | | None | M | T | | | | | |
| 7. FAEGRE & BENSON RETIREMENT ACCOUNT #2 | | | | | | | | | |
| 8. -- Wells Fargo Adv Index Fund | | None | L | T | | | | | |
| 9. UNIVERSITY OF ST. THOMAS 403(b) ACCOUNT #1 | | | | | | | | | |
| 10. -- CREF Stock Fund | | None | N | T | | | | | |
| 11. -- CREF Growth Fund | | None | L | T | | | | | |
| 12. -- CREF Bond Market Fund | | None | K | T | | | | | |
| 13. UNIVERSITY OF ST. THOMAS 403(b) ACCOUNT #2 | | | | | | | | | |
| 14. -- CREF Stock Fund | | None | M | T | | | | | |
| 15. -- CREF Growth Fund | | None | K | T | | | | | |
| 16. -- CREF Bond Market Fund | | None | K | T | | | | | |
| 17. IRA #1 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schiltz, Patrick J | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Oakmark Fund | | None | J | T | | | | | |
| 19. IRA #2 | | | | | | | | | |
| 20. -- Oakmark Fund | | None | K | T | | | | | |
| 21. MUTUAL FUNDS | | | | | | | | | |
| 22. -- Credit Suisse Fixed Income Fund | A | Dividend | | | Redemption | 12/21 | J | | |
| 23. -- Fidelity New Markets Income Fund | B | Dividend | K | T | | | | | |
| 24. -- Janus Worldwide Fund | A | Dividend | K | T | | | | | |
| 25. -- Northeast Investors Trust | A | Dividend | J | T | | | | | |
| 26. -- Oakmark Fund | A | Dividend | J | T | | | | | |
| 27. -- T. Rowe Price Small-Cap Stock Fund | B | Dividend | J | T | | | | | |
| 28. -- T. Rowe Price Tax-Free High Yield Fund | A | Dividend | K | T | | | | | |
| 29. -- Tweedy Browne American Value Fund | A | Dividend | J | T | | | | | |
| 30. -- Vanguard GNMA Fund | B | Dividend | K | T | Buy | 01/24 | J | | |
| 31. | | | | | Buy | 03/21 | J | | |
| 32. -- Vanguard Intermediate-Term Tax-Exempt Fund | A | Dividend | K | T | Buy | 01/24 | J | | |
| 33. | | | | | Buy | 03/21 | J | | |
| 34. -- Vanguard Limited-Term Tax-Exempt | A | Dividend | K | T | Buy | 01/24 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Fund | | | | | | | | | |
| 35. | | | | | Buy | 03/21 | J | | |
| 36. -- Vanguard REIT Index Fund | B | Dividend | K | T | Buy | 01/24 | J | | |
| 37. | | | | | Buy | 03/21 | J | | |
| 38. OTHER INVESTMENTS | | | | | | | | | |
| 39. -- F&B Building Partnership | | None | | | Resigned | 05/08 | | | See note in Part VIII |
| 40. | | | | | | | | | |
| 41. | | | | | | | | | |
| 42. | | | | | | | | | |
| 43. | | | | | | | | | |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |
| 46. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, Page 6, Line 39: I resigned from the F&B Building Partnership on May 8, 2006. I received nothing of value when I resigned. I no longer have any connection to or interest in the partnership.

| Name of Person Reporting | Date of Report |
|---|---|
| Schiltz, Patrick J | 05/01/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa ▮▮▮▮▮▮▮▮▮▮▮▮ Date May 1, 2007

NOT ▮▮▮▮▮▮▮▮▮▮ LY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AN ▮▮▮▮▮▮▮▮▮

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544